PROB 12C
(7/93)

Report Date: August 11, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 11 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Martin McFadden        Case Number: 2:07CR00165-EFS-1

Address of Offender: ███████████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 24, 2008

Original Offense:       Possession with the Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1)

Original Sentence:      Prison - 60 months            Type of Supervision: Supervised Release
                        TSR - 96 months

Asst. U.S. Attorney:    Stephanie A. Van Marter       Date Supervision Commenced: July 30, 2011

Defense Attorney:       Kathleen Moran                Date Supervision Expires: July 29, 2019

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

                        **Supporting Evidence**: On August 8, 2014, Daniel McFadden reported to the United States Probation Office at the request of his supervising officer to provide a urine sample for testing. The sample tested presumptive positive for amphetamine/methamphetamine metabolites. Mr. Daniel McFadden signed an admission of drug use form admitting to using methamphetamine on or about August 4, 2014.

Prob12C
Re: McFadden, Daniel Martin
August 11, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/11/2014

s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

August 11, 2014
Date