PROB 12C
(7/93)

Report Date: August 21, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Martin McFadden          Case Number: 2:07CR00165-EFS-1

Address of Offender: ▓

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 24, 2008

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 60 months  
TSR - 96 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| Defense Attorney: | Federal Defender's Office |

Date Supervision Commenced: July 30, 2011

Date Supervision Expires: July 29, 2019

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/11/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On August 20, 2014, Daniel McFadden reported to the United States Probation Office at the request of his supervising officer to provide a urine sample for testing. The sample tested presumptive positive for amphetamine/methamphetamine metabolites. Mr. McFadden signed an admission of drug use form admitting use of methamphetamine on or about August 16, 2014. |

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/11/2014.

Prob12C
Re: McFadden, Daniel Martin
August 21, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/21/2014

s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

August 26, 2014
Date