PROB 12C
(7/93)

Report Date: September 9, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Martin McFadden     Case Number: 2:07CR00165-EFS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 24, 2008

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 60 months<br>TSR - 96 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| Defense Attorney: | Amy Rubin |

Type of Supervision: Supervised Release

Date Supervision Commenced: July 30, 2011

Date Supervision Expires: July 29, 2019

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/11/2014 and 08/21/2014.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On September 2, 2014, Daniel McFadden appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, for an initial appearance regarding alleged violations of his supervised release, where the government was seeking detention. To assist with determining detention or release, the Court ordered Mr. McFadden to immediately provide a urine sample in the U.S. Probation Office and that it be screened for illicit substances. Mr. McFadden was unable to provide a sample and eventually admitted to using methamphetamine on September 1, 2014. Consequently, the Court ordered Mr. McFadden to be detained pending his supervised release revocation hearing that is scheduled for September 25, 2014. |

Prob12C  
Re: McFadden, Daniel Martin  
September 9, 2014  
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 9, 2014

Nate J. Uhlorn

Nate J. Uhlorn  
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

*/s/ Edward F. Shea*  
Signature of Judicial Officer

September 10, 2014  
Date