PROB 12C
(7/93)

Report Date:  January 25, 2016

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Martin McFadden          Case Number: 2:07CR00165-EFS-1

Address of Offender: █████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 24, 2008

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 60 months<br>TSR - 96 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: May 1, 2015 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: August 31, 2019 |

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Special Condition #19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Daniel McFadden violated the terms of his supervised release in Spokane, Washington, on or about January 17, 2016, by consuming alcohol and for being arrested for driving under the influence, pursuant to RCW 46.61.502.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     01/25/2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

**Prob12C**
**Re: McFadden, Daniel Martin**
**January 25, 2016**
**Page 2**

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X]    The Issuance of a Summons
[  ]    Other

_Edward F. Shea_

Signature of Judicial Officer

January 26, 2016

Date