Case 2:07-cr-00165-WFN    Document 98    Filed 11/28/16

PROB 12C
(6/16)

Report Date: November 25, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Martin McFadden    Case Number: 0980 2:07CR00165-EFS-1

Address of Offender: ███████████████████████, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 24, 2008

Original Offense:    Possession with the Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 60 months    Type of Supervision: Supervised Release
                      TSR - 96 months

Revocation Sentence:    Prison - 8 months
(September 25, 2014)    TSR - 52 months

Asst. U.S. Attorney:    Stephanie A. Van Marter    Date Supervision Commenced: May 1, 2015

Defense Attorney:    John Stephen Roberts Jr.    Date Supervision Expires: August 31, 2019

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Daniel McFadden violated the terms of his supervised release by failing to appear for a random urinalysis test at Alcohol Drug Education Prevention and Treatment (ADEPT) on or about November 8, 2016.

2 | **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Prob12C
**Re: McFadden, Daniel Martin**
**November 25, 2016**
**Page 2**

        **Supporting Evidence**:  Daniel McFadden violated the terms of his supervised release by failing to appear for a random Breathalyzer test at Alcohol Drug Education Prevention and Treatment (ADEPT) on or about November 8, 2016.

3        **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**:  Daniel McFadden violated the terms of his supervised release by consuming a controlled substance, heroin, on or about October 18, and November 6, 2016.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/25/2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

November 28, 2016

Date