PROB 12C
(6/16)

Report Date:  January 20, 2017

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2017

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Martin McFadden          Case Number: 0980 2:07CR00165-EFS-1

Address of Offender: ███████████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 24, 2008

| | | |
|---|---|---|
| Original Offense: | Possession with the Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison -  60 months<br>TSR - 96 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (09/25/2014) | Prison - 8 months<br>TSR - 52 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: May 1, 2015 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: August 31, 2019 |

## PETITIONING THE COURT

  **To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/25/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 18**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Daniel McFadden violated the terms of his supervised release by consuming methamphetamine on or about January 4, 2017. |
| 5 | **Special Condition # 18**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C

**Re: McFadden, Daniel Martin**
**January 20, 2017**
**Page 2**

**Supporting Evidence**: Daniel McFadden violated the terms of his supervised release by failing to appear for a random urinalysis test at ADEPT on or about January 10, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | January 20, 2017 |
| --- | --- |
| | s/Melissa Hanson |
| | Melissa Hanson<br>U.S. Probation Officer |

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[ X ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ X ]   Defendant to appear before the Judge assigned to the case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

*Edward F. Shea*

Signature of Judicial Officer

January 20, 2017

Date